**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FARIDA B. RAHMAN,

    Petitioner

    v.

THOMAS J. JONES, JR.,

    Respondent

: No. 534 MAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.